UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT J. KROCKA,

    Plaintiff,

v.                                             CASE NO: 8:04-cv-2437-T-23MSS

CAL HENDERSON, et al.,

    Defendants.
_____/

## **ORDER**

    The plaintiff moves (Doc. 98) to enlarge the time for (1) taking the oral deposition of the Sergeant David Fleet, (2) responding to the defendants' motions for summary judgment, and (3) filing a motion for summary judgment. The defendants Major Robert Lucas, Lieutenant Terence Griffiths, Lieutenant Tammy Otto, and Sergeant David Fleet respond (Doc. 99) in opposition and request that the motion be denied or that all the defendants be granted the same enlargement of time to file a motion for summary judgment. The plaintiff's motion (Doc. 98) is **GRANTED IN PART**. The plaintiff may depose Sergeant Fleet on or before **Tuesday, January 29, 2008**. The plaintiff has until **Friday, February 15, 2008**, to respond in opposition to the defendant Rita Paven Peters's motion (Doc. 74) for summary judgment. The plaintiff and the defendants have until **Monday, March 3, 2008**, to file a motion for summary judgment.

    ORDERED in Tampa, Florida, on December 28, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE